NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7043

---

Appeal from the United States Court of Appeals for Veterans Claims in 12-1572, Judge Robert N. Davis.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Shelia Winsett moves for leave to file a supplemental reply brief and for leave to file a 16 page reply brief.

Upon consideration thereof,

It Is Ordered That:

The motions are granted.

SHELIA WINSETT V. SHINSEKI                                              2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26